| | |
|---|---|
| Probation Form No. 35<br>(1/92) | Report and Order Terminating Probation /<br>Supervised Release<br>Prior to Original Expiration Date |

## UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                                      Crim. No. 3:01CR127-001

Michael Arthur Wood

On May 29, 2002, the above named was sentenced to a period of two (2) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Michael Arthur Wood be discharged from supervised release.

Respectfully submitted,

_____
Russell A. Szafran
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __20__ day of __July__, 20__05__.

_____
Roger Vinson
Senior U.S. District Judge

2005 JUL 21 PM 3: 11

FILED